# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ROGG, KATHY M. | § Case No. 10-12390-REL |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 25, 2010. The undersigned trustee was appointed on June 25, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         12,300.65

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 267.70 |
   | Bank service fees | 532.96 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 11,499.99 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/01/2010 and the deadline for filing governmental claims was 12/22/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,980.07. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,980.07, for a total compensation of $1,980.07.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $88.02, for total expenses of $88.02.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2013          By: /s/DOUGLAS J. WOLINSKY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-12390-REL  
**Case Name:** ROGG, KATHY M.  

**Trustee:** (650015) DOUGLAS J. WOLINSKY  
**Filed (f) or Converted (c):** 06/25/10 (f)  
**§341(a) Meeting Date:** 07/30/10  

**Period Ending:** 06/14/13  

**Claims Bar Date:** 12/01/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Manufactured home in Schuyler Falls, NY | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 2 | Single family residence in Miami, FL | 222,288.00 | 222,288.00 | | 0.00 | FA |
| 3 | Bank United checking account | 30.00 | 30.00 | | 0.00 | FA |
| 4 | Key Bank checking account | 90.00 | 90.00 | | 0.00 | FA |
| 5 | Wachovia Bank checking account | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Customary & usual household furnishings | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 7 | Personal clothing & effects | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 8 | Champlain Valley Health Network 401k | 483.10 | 483.10 | | 0.00 | FA |
| 9 | 1999 Jeep Cherokee | 1,475.00 | 1,475.00 | | 0.00 | FA |
| 10 | 2001 40' Winnebago | 60,000.00 | 60,000.00 | | 12,300.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.65 | Unknown |
| 11 | Assets  Totals (Excluding unknown values) | **$388,966.10** | **$388,966.10** | | **$12,300.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/10 - There appear to be jointly owned assets in this case. We are considering bringing a 363(h) complaint against the co-owner so we can sell these assets.

3/11 - Entry of default was entered on 2/28/11. We need to file necessary pleadings to get default judgment, then we'll revisit settlement.

5/11 - Last month we exchanged emails with the debtors attorney, in an attempt to settle this case. We have an outstanding proposal, which if accepted, will resolve the amounts owed pursuant to the judgment, pursuant to court approval.

7/11 - Winnebago to Edward O'Campo for the sum of $12,500. The purchase funds have been paid in full. We will file retention documents for John Durkee to prepare the necessary tax returns.

9/11 - An email was sent to the accountant to determine if estate tax returns were required.

11/11 - claims have been reviewed

4/12 - Accountant is in the process of completing the estate tax returns.

4/13 - Tax returns have been completed and filed. The final report should be filed by the end of 2nd quarter 2013.

**Initial Projected Date Of Final Report (TFR):** June 1, 2012    **Current Projected Date Of Final Report (TFR):** June 30, 2013

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-12390-REL
**Case Name:** ROGG, KATHY M.

**Taxpayer ID #:** **-***0056
**Period Ending:** 06/14/13

**Trustee:** DOUGLAS J. WOLINSKY (650015)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******35-65 - Checking Account
**Blanket Bond:** $11,588,300.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/05/11 | {10} | Ed O'Campo | Partial payment for motor home. | 1129-000 | 9,000.00 | | 9,000.00 |
| 07/21/11 | {10} | Niles Piller & Bracy | Final payment for camper | 1129-000 | 3,300.00 | | 12,300.00 |
| 07/25/11 | 1001 | United States Bankruptcy Court | Filing Fee for Adversary 10-90165 | 2700-000 | | 250.00 | 12,050.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 12,050.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 15.76 | 12,034.31 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,034.41 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.13 | 12,006.28 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.84 | 12,007.12 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,007.21 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,982.21 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,982.31 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,957.31 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,957.40 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.20 | 11,931.20 |
| 12/01/11 | 1002 | Primmer Piper Eggleston & Cramer PC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2011 FOR CASE #10-12390-REL | 2300-000 | | 9.20 | 11,922.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,922.10 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,897.10 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,897.20 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.00 | 11,871.20 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,846.20 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,821.20 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,796.20 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.59 | 11,769.61 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,744.61 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.67 | 11,718.94 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,693.94 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,668.94 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.30 | 11,642.64 |
| 11/27/12 | 1003 | DOUGLAS J. WOLINSKY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2012 FOR CASE #10-12390-REL, Reimbursement for Trustee Bond to International Sureties | 2300-000 | | 8.50 | 11,634.14 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,609.14 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,584.14 |

Subtotals :       $12,300.65       $716.51

{} Asset reference(s)

Printed: 06/14/2013 11:52 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-12390-REL | | Trustee: | DOUGLAS J. WOLINSKY (650015) |
|---|---|---|---|---|
| Case Name: | ROGG, KATHY M. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-65 - Checking Account |
| Taxpayer ID #: | **-***0056 | | Blanket Bond: | $11,588,300.00  (per case limit) |
| Period Ending: | 06/14/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001065001088 20130110 | 9999-000 | | 11,584.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,300.65 | 12,300.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,584.14 | |
| | | | Subtotal | | 12,300.65 | 716.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,300.65 | $716.51 | |

{} Asset reference(s)                                                                                         Printed: 06/14/2013 11:52 AM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-12390-REL | | Trustee: | DOUGLAS J. WOLINSKY (650015) |
|---|---|---|---|---|
| Case Name: | ROGG, KATHY M. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****969765 - Checking Account |
| Taxpayer ID #: | **-***0056 | | Blanket Bond: | $11,588,300.00 (per case limit) |
| Period Ending: | 06/14/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 11,584.14 | | 11,584.14 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.77 | 11,566.37 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.52 | 11,550.85 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.06 | 11,534.79 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.69 | 11,517.10 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.11 | 11,499.99 |
| | | | ACCOUNT TOTALS | | 11,584.14 | 84.15 | $11,499.99 |
| | | | Less: Bank Transfers | | 11,584.14 | 0.00 | |
| | | | Subtotal | | 0.00 | 84.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $84.15 | |

Net Receipts :                 12,300.65

Net Estate :                $12,300.65

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******35-65** | 12,300.65 | 716.51 | 0.00 |
| **Checking # ****969765** | 0.00 | 84.15 | 11,499.99 |
| | $12,300.65 | $800.66 | $11,499.99 |

{} Asset reference(s)

# Claims Register

## Case:  10-12390-REL    ROGG, KATHY M.

Claims Bar Date:  12/01/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | DOUGLAS J. WOLINSKY<br>P.O. BOX 1489<br>BURLINGTON, VT 05402-1489<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>06/25/10 |  | $1,980.07<br>$1,980.07 | $0.00 | $1,980.07 |
|  | DOUGLAS J. WOLINSKY<br>P.O. BOX 1489<br>BURLINGTON, VT 05402-1489<br><2200-00   Trustee Expenses>,  200 | Admin Ch. 7<br>06/25/10 |  | $88.02<br>$88.02 | $0.00 | $88.02 |
|  | Primmer Piper Eggleston & Cramer PC<br>150 South Champlain<br>PO Box 1489<br>Burlington, VT 05402-1489<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>06/25/10 |  | $1,553.00<br>$1,553.00 | $0.00 | $1,553.00 |
|  | John W. Durkee, CPA<br>3 Howe Lane<br>Tunbridge, VT 05077<br><3410-00   Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>06/25/10 |  | $375.00<br>$375.00 | $0.00 | $375.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR CITIBANK N.A.<br>PO BOX 248840<br><br>OKLAHOMA CITY, OK 73124<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/08/10 | 5313<br><br>Allow as unsecured | $420.63<br>$420.63 | $0.00 | $420.63 |
| 2P | IRS<br>POB 21126<br><br>PHILADELPHIA, PA 19114<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>09/15/10 | To be verified | $8,049.05<br>$8,049.05 | $0.00 | $8,049.05 |
| 2U | IRS<br>POB 21126<br><br>PHILADELPHIA, PA 19114<br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>09/15/10 | POB 21126<br>Philadelphia, PA 19114<br>----------------------------------------------------------------------------* * * | $2,355.81<br>$2,355.81 | $0.00 | $2,355.81 |
| 3 | CHASE BANK USA, N.A.<br>PO BOX 15145<br><br>WILMINGTON, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/18/10 | 5465<br><br>Allow as unsecured | $225.58<br>$225.58 | $0.00 | $225.58 |

# Claims Register

### Case:  10-12390-REL    ROGG, KATHY M.

Claims Bar Date:   12/01/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/18/10 | 3026 Allow as unsecured | $1,213.69 $1,213.69 | $0.00 | $1,213.69 |
| 5 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/01/10 | 0070 Allow as unsecured | $3,829.79 $3,829.79 | $0.00 | $3,829.79 |
| 6 | CAPITAL ONE, N.A. BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD., SUITE #200 TUCSON, AZ 85712 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/07/10 | 3368 Allow as unsecured.  Transfer of claim from HSBC Bank Nevada, N.A. to Capital One, N.A. | $1,457.22 $1,457.22 | $0.00 | $1,457.22 |
| 7 | MIDLAND FUNDING LLC C/O RECOSER, LLC 25 SE 2ND AVE SUITE 1120 MIAMI, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/28/10 | Allow as unsecured.  Transfer of claim from GE Money Bank to Midland Funding LLC filed. | $99.72 $99.72 | $0.00 | $99.72 |
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, NA,C/O RESURGENT CAPITAL SERVICES,PO BOX 19008 GREENVILLE, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/12/10 | 2291 Allow as unsecured | $6,398.00 $6,398.00 | $0.00 | $6,398.00 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK,C/O RESURGENT CAPITAL SERVICES,PO BOX 19008 GREENVILLE, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/12/10 | 9998 Allow as unsecured | $1,283.81 $1,283.81 | $0.00 | $1,283.81 |
| 10 | MIDLAND FUNDING LLC C/O RECOSER, LLC 25 SE 2ND AVE SUITE 1120 MIAMI, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/19/10 | 2931 Allow as unsecured.  Transfer of Claim from GE Money Bank to Midland Funding LLC. | $89.40 $89.40 | $0.00 | $89.40 |

# Claims Register

## Case: 10-12390-REL    ROGG, KATHY M.

Claims Bar Date: 12/01/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Bankunited<br>P.O. Box 026030<br>Miami, FL 33102<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>06/25/10 | 2520 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bankunited<br>P.O. Box 026030<br>Miami, FL 33102<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>06/25/10 | 1612 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Beneficial Customer Service<br>P.O. Box 3425<br>Buffalo, NY 14240-9733<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>06/25/10 | 4554 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Central Loan Administration & Reporting<br>P.O. Box 77407<br>Ewing, NJ 08628<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>06/25/10 | 6305 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | U.S. Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, AL 35211<br><5200-00   Unsecured Claims Allowed>, 505 | Priority<br>06/25/10 | 6009 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | CVPH Medical Center<br>RCMC<br>P.O. Box 9356<br>South Burlington, VT 05407<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/25/10 | 1445 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | HSBC Card Services<br>P.O. Box 81622<br>Salinas, CA 93912-1622<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/25/10 | 4765 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Jennifer Giner and Edward Ocampo<br>Niles, Piller and Bracy, PLLC<br>P.O. Box 2729<br>Plattsburgh, NY 12901<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/25/10 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**Case Total:**    $0.00    $29,418.79

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-12390-REL
Case Name: ROGG, KATHY M.
Trustee Name: DOUGLAS J. WOLINSKY

| | **Balance on hand:** | **$** | **11,499.99** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 11,499.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DOUGLAS J. WOLINSKY | 1,980.07 | 0.00 | 1,980.07 |
| Trustee, Expenses - DOUGLAS J. WOLINSKY | 88.02 | 0.00 | 88.02 |
| Attorney for Trustee, Fees - Primmer Piper Eggleston & Cramer PC | 1,553.00 | 0.00 | 1,553.00 |
| Accountant for Trustee, Fees - John W. Durkee, CPA | 375.00 | 0.00 | 375.00 |

| | Total to be paid for chapter 7 administration expenses: | $ | 3,996.09 |
| | Remaining balance: | $ | 7,503.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 7,503.90 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,049.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | IRS | 8,049.05 | 0.00 | 7,503.90 |

|  | Total to be paid for priority claims: | $ | 7,503.90 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,017.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR CITIBANK N.A. | 420.63 | 0.00 | 0.00 |
| 3 | CHASE BANK USA, N.A. | 225.58 | 0.00 | 0.00 |
| 4 | CHASE BANK USA, N.A. | 1,213.69 | 0.00 | 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 3,829.79 | 0.00 | 0.00 |
| 6 | CAPITAL ONE, N.A. | 1,457.22 | 0.00 | 0.00 |
| 7 | MIDLAND FUNDING LLC | 99.72 | 0.00 | 0.00 |
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 6,398.00 | 0.00 | 0.00 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 1,283.81 | 0.00 | 0.00 |
| 10 | MIDLAND FUNDING LLC | 89.40 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,355.81 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | IRS | 2,355.81 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**